UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CV-001-FDW-DCK

| | |
|---|---|
| TERESA DIGSBY, for J.D., a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court *sua sponte* regarding the status of this case. Plaintiff's Complaint and Amended Complaint are hereby DISMISSED pursuant to this Court's March 10, 2011 order (Doc. No. 5) and for failure to pay the required filing fee.

The Clerk is directed to close this case.

IT IS SO ORDERED.

Signed: May 4, 2011

Frank D. Whitney
United States District Judge