# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Teresa Digsby ,
*for J.D., a minor*

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                          3:11-cv-1

Michael J. Astrue ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2011 Order.

Signed: May 5, 2011

Frank G. Johns, Clerk
United States District Court